**No. 68651.**—Lafayette Brass Co., Inc., and The Durst Manufacturing Co., Inc. *v.* United States, protests 311709–K and 58/16284 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 68652.**—A. Brickman, Inc. *v.* United States, protests 330783–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

**No. 68653.**—Durex Hardware Mfg. Corp. et al. *v.* United States, protests 59/26479, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of sprinklers or sprinkler tops similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. 68654.**—The Durst Mfg. Co., Inc., et al. *v.* United States, protests 60/12396, etc. (New York).